# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH KOHLER,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 2:21-cv-00395 |
| : | |
| **HUNT'S HILLTOP SERVICE, LLC,** : | |
| : | |
| **Defendant.** : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kenneth Kohler and Defendant Hunt's Hilltop Service, LLC, by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with no award of attorneys' fees, costs or disbursements by the Court to any party.

| | |
|---|---|
| **KOLLER LAW LLC** | **HOUSTON HARBAUGH, P.C.** |
| 2043 Locust Street, Suite 1-B | 401 Liberty Avenue |
| Philadelphia, PA 19103 | Pittsburgh, PA 15222 |
| | |
| By: */s/ David M. Koller* | By: */s Catherine S. Loeffler/* |
| David M. Koller, Esq. | Catherine S. Loeffler, Esq. |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| | |
| Dated: February 7, 2022 | Dated: February 7, 2022 |

**SO ORDERED:**

s/ David S. Cercone
_____
                                          J.